IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LOUIS E. RICHARD, JR.,                                                                             PLAINTIFF
ADC #096904

v.                          No. 4:10CV00152 JLH

BENTON WORK RELEASE UNIT, et al.                               DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's complaint against defendants is hereby DISMISSED for failure to state a claim, and that this dismissal constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

This Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this decision is not in good faith.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 7th day of May, 2010.

                                                            /s/ J. Leon Holmes
                                                     UNITED STATES DISTRICT JUDGE