### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

LOUIS E. RICHARD, JR.,                                                                PLAINTIFF
ADC #096904

v.                         No. 4:10CV00152 JLH

BENTON WORK RELEASE UNIT, et al.                              DEFENDANTS

### JUDGMENT

Pursuant to the Order entered separately today, the plaintiff's complaint against the defendants is dismissed for failure to state a claim. This dismissal constitutes a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this decision would not be in good faith.

IT IS SO ORDERED this 7th day of May, 2010.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE